UNITED STATES FURNITURE COMPANY *v.* PITTMEIER
ET AL.

[No. 12,547.   Filed February 19, 1926.   Rehearing denied May 14, 1926.]

From the Industrial Board of Indiana.

Proceeding under the Workmen's Compensation Act between the United States Furniture Company and Mary Pittmeier and another. From the award made therein, the former appeals. *Reversed.* By the court in banc.

*Joseph W. Hutchinson,* for appellant.
*James T. Walker, Henry B. Walker, Alvin F. Sutheimer* and *Lloyd J. Voyles,* for appellees.

REMY, J.—There being no legitimate evidence to sustain it, the award is reversed, on authority of *Indiana Bell Tel. Co.* v. *Haufe* (1924), 81 Ind. App. 660, 144 N. E. 844.

---

CINCINNATI, INDIANAPOLIS AND WESTERN RAILROAD
COMPANY *v.* HORTON.

[No. 12,222.   Filed January 8, 1926.   Rehearing denied May 14, 1926.]

From Johnson Circuit Court; *Fremont Miller,* Judge.

Action between the Cincinnati, Indianapolis and Western Railroad Company and Irdell Horton. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Frank J. Goebel, White & Owens, Jacob S. White* and *Anthony P. Donadio,* for appellant.
*Wilson S. Doan, James C. Mathews* and *Henry White,* for appellee.

PER CURIAM.—Judgment affirmed.